IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 5823 |
| | ) | |
| MCGILL CONSTRUCTION, INC., | ) | JUDGE RONALD A. GUZMAN |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 15, 2008, request this Court enter judgment against Defendant, MCGILL CONSTRUCTION, INC. In support of that Motion, Plaintiffs state:

1. On January 15, 2008, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports due for the months of June 2006 through the present date.

2. On December 17, 2007, Plaintiffs' auditors conducted an audit of the Defendant's payroll books and records for the time period May 1, 2007 through November 30, 2007. The audit findings show that the Defendant is delinquent in contributions to the Welfare Fund in the amount of $5,248.41 and to the Pension Fund in the amount of $4,078.28. (See Affidavit of Terrence J. Hancock)

3. The amount of $1,049.68 is due the Welfare Fund and $815.66 is due the Pension Fund for liquidated damages. (Hancock Aff. Par. 7).

4. Additionally, the amount of $499.95 is due the Welfare Fund and $387.93 is due the Pension Fund for interest calculated at the rate of one (1%) percent compounded monthly. (Hancock Aff. Par. 7).

5. Plaintiffs' auditing firm of Legacy Professionals LLP charged Plaintiff Welfare Fund $1,064.07 and Plaintiff Pension Fund $827.61 to perform the audit examination and complete the report (Hancock Aff. Par. 6). The audit findings are attached hereto.

6. In addition, Plaintiffs' firm has expended the total amount of $2,532.50 in attorneys' fees and $420.00 in costs in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $16,924.09.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $16,924.09.

/s/ Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\McGill\#20443\motion-judgment.jdg.df.wpd

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced documents by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 19th day of June 2008:

                Mr. John J. Rock, Registered Agent
                McGill Construction, Inc.
                Rock Fusco, LLC
                321 N. Clark Street, Suite 2200
                Chicago, IL 60610

                Mr. Dwayne McGill
                McGill Construction, Inc.
                13830 S. Harrison
                Blue Island, IL 60406

                                        /s/ Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\McGill\#20443\motion-judgment.jdg.df.wpd